UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLOS ROMERO,

                              Plaintiff,

      -against-

SUPERINTENDENT MICHAEL SHEAHAN,
Superintendent Five Points Correctional Facility,

                              Defendant.
-----------------------------------------------------------X

ORDER
13-CV-4048 (SJF)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   JUL 22 2013   ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

On July 12, 2013, incarcerated *pro se* petitioner Carlos Romero ("petitioner") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed *in forma pauperis*.

Upon review of petitioner's declaration in support of his application to proceed *in forma pauperis*, petitioner's financial status qualifies him to commence this action without prepayment of the filing fees. *See* 28 U.S.C. § 1915(a)(1). Accordingly, petitioner's application to proceed *in forma pauperis* is GRANTED. The Clerk of Court is directed to forward copies of the summons, complaint and this Order to the United States Marshal Service for service upon the respondent without prepayment of fees, and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure by mailing a copy of this Order to the *pro se* petitioner at his last known address, *see* Fed. R. Civ. P. 5(b)(2)(c).

**SO ORDERED.**

                                          s/ Sandra J. Feuerstein

                                          _____
                                          Sandra J. Feuerstein
                                          United States District Judge

Dated:     July 22, 2013
             Central Islip, New York